COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-09-324-CV

IN RE CLIFTON DEWAYNE HARVIN RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator’s petition for writ of mandamus and is of the opinion that the petition should be dismissed as moot.  Accordingly, relator’s petition for writ of mandamus is dismissed as moot.

PER CURIAM

PANEL:  DAUPHINOT, LIVINGSTON, and GARDNER, JJ. 

DELIVERED:  October 7, 2009  

FOOTNOTES
1:
See
 Tex. R. App. P. 
47.4.